UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN OSUNA,<br><br>    Plaintiff,<br><br>v.<br><br>RIVER DELTA UNIFIED SCHOOL DISTRICT, et al,<br><br>    Defendants. | No. 2:25-cv-1699 DC AC PS<br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

    Plaintiff's IFP application is unsigned. ECF No. 2 at 1. Accordingly, the court cannot grant plaintiff IFP status. In order for plaintiff to continue prosecuting this case, plaintiff must either file a completed, signed and dated IFP application, or pay the filing fee within 14 days of this order. If plaintiff fails to pay the filing fee or submit a complete IFP application, this case will be dismissed.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF No. 2) is DENIED, and plaintiff must submit a complete, signed and dated IFP application or pay the filing fee within 14 days of this order or this case will be dismissed for failure to prosecute.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE